UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:15-cr-218-T-17TGW

JENNIFER ZHOU LEI

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for 706 counterfeit items and two bags of counterfeit labels.

On November 10, 2015, the Court entered a Preliminary Order of Forfeiture for the counterfeit property described above, pursuant to 18 U.S.C. § 2323.  Doc. 37.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the counterfeit property on the official government website, www.forfeiture.gov, from December 3, 2015 through January 1, 2016.  Doc. 49. The publication gave notice to all third parties with a legal interest in the counterfeit property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.  No third party has filed a petition or claimed

CASE NO. 8:15-CR-218-T-17TGW

an interest in the counterfeit property, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the 706 counterfeit items and two bags of counterfeit labels is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the counterfeit property is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 3RD day of February, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Holly L. Gershow, AUSA
Counsel of Record

2